Motion GRANTED.
Revocation hearing set on 1/13/2016 is CANCELLED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-cr-00262-3 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| CHRISTOPHER SHANE NICHOLS | ) | |

## MOTION TO DISMISS PETITION

Comes now the United States, by and through the undersigned Assistant United States Attorney, and respectfully moves to dismiss the pending violation petition against defendant.

As cause, pending before the Court is a Petition (DE. 286) alleging a violation of defendant's conditions of supervision. Specifically, the defendant is alleged to have committed a state criminal offense in Georgia, as further set forth in the petition. However, as evidenced by the attached motion and order, the charge against the defendant was dismissed. In light of the dismissal, and in further consultation with state authorities, the United States requests dismissal of the pending petition and that the defendant be continued on supervised release under the same terms and conditions.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ *Philip H. Wehby*
Philip H. Wehby
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151